**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIM. NO. MJM-26-79** |
| **ORLANDO RAY COLEMAN JR.,** | * | |
| | * | |
| **Defendant** | * | |
| | ...oOo... | |

**GOVERNMENT'S MOTION TO EXCLUDE TIME
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Kevin Reinoso, Special Assistant United States Attorney, for said District, submits this Motion to Exclude Time Pursuant to the Speedy Trial Act. The Defendant opposes this request.

1.    On February 18, 2026, the Defendant was charged in a criminal complaint with one count of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g)(1) and one count of possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1). ECF No. 1. The Defendant was subsequently charged in an indictment returned by the Grand Jury on February 26, 2026, with two counts of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g)(1); two counts of possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1); and two counts of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). ECF No. 8.

2.    An arraignment and initial appearance for the Defendant on the indictment was held on March 13, 2026. At that initial appearance, the Defendant consented to an order of temporary detention pending trial. The Defendant also plead not guilty to all counts in the indictment.

1

3.      Although no entry of appearance on behalf of the Defendant has been filed at the time of this filing, Richard Bardos represented the Defendant at the March 13 hearing.

4.      The Government is in the process of disclosing discovery for this case so they can review it with the Defendant. Additionally, the parties are engaging in plea negotiations and will notify the Court of any updates on those discussions and the need to schedule pretrial motions and/or a trial.

5.      The Speedy Trial Act requires that the defendants be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1). The Speedy Trial Act allows for exclusions of time from the calculation of time within which the trial must commence. 18 U.S.C. § 3161(h). Specifically, "[a]ny period of delay resulting from a continuance . . . at the request of the attorney for the Government, if the judge granted such continuance on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in having a speedy trial" shall be excluded from computing the time within which the trial of any such offense must commence. § 3161(h)(7)(A). In making such a finding, the court shall consider "whether the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(b)(iv).

6.      In this matter, the Government requests that an exclusion of time be granted for March 13, 2026, through May 12, 2026, to allow time for the review of discovery materials, plea discussions, and preparations for motions and/or trial if necessary. The Defendant opposes this exclusion of time.

7.      The exclusion of time grants the parties reasonable time for effective review of

discovery, preparation, and for discussion of possible resolution of this matter.  Therefore, the ends of justice served by the exclusion of time outweigh the best interests of the defendant or the public in having a speedy trial.

**WHEREFORE**, the United States requests that the Court issue an order excluding time from March 13, 2026, through May 12, 2026, from the time-period within which trial must commence for the defendant.

A proposed Order is attached for the Court's consideration.

<div style="margin-left: 40%;">

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

By:_____/s/_____
Kevin Reinoso
Special Assistant United States Attorney
United States Attorney's Office
36th South Charles Street, 4th Floor
Baltimore, Maryland 21202
(410) 209-4800

</div>

3